## SANDRA APPLETON *v.* BOARD OF EDUCATION OF THE TOWN OF STONINGTON ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 53 Conn. App. 252 (AC 17778), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that, under the circumstances of this case, the defendants were not entitled to summary judgment on the plaintiff's claims for (1) intentional infliction of emotional distress and (2) tortious interference with contractual relations?"

NORCOTT, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16137.

*Michael C. Deakin*, in support of the petition.